To, Abel Acosta: (Clerk),

Dec, 03, 2015

My name is Modesto Rodriguez III, C.R.#27073
and I'm writing to you from the Victoria County Jail
in Victoria, Texas, I'm seeking a list of all
information pertaining to any and all Writs Appealed
to your Office such as Writs filed & it's
responses and date(s) filed under, State of Texas
vs. Modesto Rodriguez III, cause #91-7-14,376-A.

Mr. Acosta, I would like to know what was
the reply back under cause #91-7-14,376-3A
the last Writ I Appealed to this Court in
1997-1998 showing my Conviction, Sentence
& fine were all VOID and unauthorized by
law to enter such judgments pronounced against
me, thus, making my 95 Agg. yrs illegal
which I'm under an Illegal Parole Supervision.

Please send me the information & dates &
replies to each writ file in your Court system
to the following address, below.

Sincerely,
Modesto Rodriguez

Modesto Rodriguez III C.R.#27073
101 N. Glass
Victoria, Texas
77901

P.S. My TDCJ # 601715

Forward Address